UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARCELO GOMES DA SILVA,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No 25-11585 |

**EMERGENCY ORDER CONCERNING
STAY OF TRANSFER OR REMOVAL**

**SAYLOR, C.J.**

Petitioner Marcelo Gomes Da Silva, a Brazilian national, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that he is being unlawfully confined in violation of the Constitution and laws of the United States.

The Court orders as follows:

**1.   Service of Petition**

The clerk of this court shall serve a copy of the petition and this Order on respondents and the United States Attorney for the District of Massachusetts.

**2.   Order**

To provide a fair opportunity for the judge who will be randomly assigned to this case to review the merits of the petition and to rule on any contested issues of jurisdiction, unless otherwise ordered by the assigned judge, respondents will not remove the petitioner from the jurisdiction of

the United States or transfer petitioner to a judicial district outside that of Massachusetts for a period of at least at least 72 hours from the time this Order is docketed.

                                                           **SO ORDERED.**

                                                           /s/ Richard G. Stearns
                                                           RICHARD G. STEARNS
                                                           UNITED STATES DISTRICT JUDGE

Issued at Boston, Massachusetts
June 1, 2025 at
 1:35 p.m.