UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARCELO GOMES DA SILVA, | ) ) ) ) ) | |
| Petitioner, | ) ) | C.A. No. 25-11585 |
| v. | ) ) ) | |
| PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement, Boston Field Office, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of U.S. Department of Homeland Security, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

**OPPOSITION TO RESPONDENTS' EMERGENCY MOTION
FOR PERMISSION TO TRANSFER PETITIONER**

Petitioner, Marcelo Gomes Da Silva, by and through undersigned counsel, hereby opposes the Respondents' Emergency Motion for Permission to Transfer Petitioner ("Respondent's Motion"), DE 15, at least insofar as they propose to move him before his scheduled hearing in immigration court on June 5, 2025.

The respondents style their motion as an emergency and propose to move Mr. Gomes Da Silva as early as the afternoon of June 4 but do not explain why, after keeping petitioner at the field office in Burlington for four days, respondents need to immediately move him. Such a move would violate this Court's order requiring 48 hours' notice for any move out of the district.

1

It also would interfere with a bond hearing scheduled for June 5 and a meeting with counsel scheduled for June 4. It thus would deprive Mr. Gomes Da Silva of his due process rights under the Fifth Amendment to the U.S. Constitution.

The motion asserts "that this transfer is not intended to delay Petitioner's upcoming bond hearing, scheduled with the Chelmsford Immigration Court on June 5th." Respondent's Motion, DE 15, at 2. But whether such a delay is intended, it is likely to occur. The motion fails to explain how it will ensure that the hearing goes forth as scheduled, or how respondents will facilitate an attorney-client meeting before the hearing.

In support of this opposition, undersigned counsel states as follows, on information and belief:

1. Petitioner has been in custody in Burlington, MA at the field office of Immigration and Customs Enforcement ("ICE") since May 31.

2. The immigration court in Chelmsford, MA has scheduled a hearing for petitioner on June 5, 2025 at 1 p.m. That hearing will include consideration of petitioner's motion for release on bond.

3. ICE officials have scheduled an attorney-client meeting for undersigned counsel and Mr. Gomes DaSilva's immigration lawyer for 5 p.m. on June 4. This meeting is essential to preparation for the bond hearing. It also will tbe first opportunity counsel has had to meet with Mr. Gomes Da Silva since his arrest.

4. If petitioner were moved to Rhode Island as quickly as the government proposes, that meeting would not occur as planned. It is unclear when counsel could meet with their client if he is moved to Wyatt. In the experience of undersigned counsel, intake

2

procedures at Wyatt take significant time and detainees are not immediately available for legal visits.

5. If petitioner is moved, his immigration case could be assigned to a different judge, delaying his bond hearing.

6. Even if the case is not reassigned and the hearing goes forward, the move may result in petitioner not being able to attend or participate in the immigration court proceeding on June 5, even by video-conference.

7. Respnodent's Motion correctly reports that undersigned counsel informed respondents' counsel that Mr. Gomes Da Silva is ill. Rather than providing additional support for a move, however, Mr. Gomes Da Silva's physical condition suggests that a move at this time would be unwise. The move and the attendant intake process would cause him further discomfort.

Because the proposed move will deprive petitioner of his due process right to be heard on his bond motion or delay consideration of his release while he continues to be unlawfully detained, this Court should deny the government's motion without prejudice to its renewal after June 5. In the event that the move is delayed until after the bond hearing, undersigned counsel reserves the right to object if such a move results in a reassignment of Mr. Gomes Da Silva's immigration case.

Petitioner further requests that this Court hold a hearing on Respondent's Motion.

Respectfully submitted,

June 4, 2025                                    **MARCELO GOMES DA SILVA**
                                                By his attorney,

                                                */s/ Miriam Conrad*

                                                Miriam Conrad
                                                B.B.O. #550223
                                                207 Washington Street
                                                PO Box 471059
                                                Brookline MA 02447
                                                Tel. 617-245-8011

CERTIFICATE OF SERVICE

    I, Miriam Conrad, do hereby certify that I have served this petition on the U.S. Attorney for the District of Massachusetts by notice through the ECF system on June 4, 2025.

                                                */s/ Miriam Conrad*