UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARCELO GOMES DA SILVA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PATRICIA HYDE, Field Office Director, ) <br> U.S. Immigration and Customs ) <br> Enforcement, Boston Field Office, ) <br> MICHAEL KROL, HSI New England ) <br> Special Agent in Charge, TODD LYONS, ) <br> Acting Director, U.S. Immigration and ) <br> Customs Enforcement, and ) <br> KRISTI NOEM, Secretary of U.S. ) <br> Department of Homeland Security, ) <br> ) <br> Respondents. ) | C.A. No. 25-11585 |

**WITHDRAWAL OF PETITION FOR HABEAS CORPUS**

Petitioner, Marcelo Gomes Da Silva, by and through undersigned counsel, hereby withdraws his petition for habeas corpus, without prejudice to refiling should circumstances so require.

As grounds, undersigned counsel states that Mr. Gomes Da Silva was released from ICE custody after posting bond on June 5, 2025. Therefore, the petition is now moot.

Respectfully submitted,

June 11, 2025                           **PETITIONER MARCELO GOMES DA SILVA,**

By his attorney,

*/s/ Miriam Conrad*

Miriam Conrad
B.B.O. #550223
207 Washington Street
PO Box 471059
Brookline MA 02447
Tel. 617-245-8011

CERTIFICATE OF SERVICE

I, Miriam Conrad, do hereby certify that I have served this petition on the U.S. Attorney for the District of Massachusetts through ECF filing on June 11, 2025.

*/s/ Miriam Conrad*